# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GS CALTEX CORPORATION,<br>HANJIN TRANSPORTATION CO., LTD.,<br>and SK ENERGY CO., LTD.<br><br>*Defendants*. | CASE NO. 2:18-cv-1456 |

## ORDER TO SEAL

The Government having moved to seal its Notice of Related Case, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that said pleading be **SEALED**, and all related documents maintained in a safe place and not be opened unless by further Order of this Court.

                                      */s/ Chelsey M. Vascura*
                                      UNITED STATES MAGISTRATE JUDGE