# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cv-01456-ALM-CMV |
| Plaintiff, | Judge Algenon L. Marbley |
| vs. | Magistrate Judge Chelsey M. Vascura |
| GS CALTEX CORPORATION, HANJIN TRANSPORTATION CO., LTD., and SK ENERGY CO., LTD. | |
| Defendants. | |

## **NOTICE OF APPEARANCE**

Please take notice that D. Michael Crites of Dinsmore & Shohl LLP hereby enter his appearance as Attorney for Defendant Hanjin Transportation Co., Ltd. in the above-captioned matter. The undersigned request that all service in connection with this action be made upon D. Michael Crites, Dinsmore & Shohl LLP, 191 West Nationwide Boulevard, Suite 300, Columbus, Ohio 43215.

Dated: November 20, 2018

Respectfully submitted,

DINSMORE & SHOHL LLP

*/s/ D. Michael Crites*
D. Michael Crites (0021333)
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215
Telephone: (614) 628-6880
Facsimile: (614) 628-6890
Email: michael.crites@dinsmore.com
*Counsel for Defendant Hanjin Transportation Co., Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed on 11/20/2018 with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record and notification delivered by other means to:

J. Richard Doidge
U.S. Department of Justice
Antitrust Division
Transportation, Energy &
Agriculture Section
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
E-mail: dick.doidge@usdoj.gov

GS Caltex Corporation
Marguerite M. Sullivan
Latham & Watkins LLP
555 Eleventh Street, NW
Washington, DC 20004
E-mail: marguerite.sullivan@lw.com

SK Energy Co., Ltd.
Phillip H. Warren
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
E-mail: pwarren@cov.com

William H. Stallings
Kelly B. Kramer
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
E-mail: wstallings@mayerbrown.com

*s/ D. Michael Crites*
D. Michael Crites (0021333)