**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil No. 2:18-cv-1456 |
| | ) | Judge Algenon L. Marbley |
| GS CALTEX CORPORATION *et al.*, | ) | Magistrate Judge Chelsey M. Vascura |
| | ) | |
| Defendants. | ) | |
| | ) | |

### HANJIN TRANSPORTATION CO., LTD.'S REPORT OF COMPLIANCE WITH ANTITRUST PROCEDURES AND PENALTIES ACT REQUIREMENTS

Hanjin Transportation Co., Ltd. ("HJT"), by and through its undersigned counsel, respectfully makes this submission pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), describing written and oral communications between officers, directors, employees, or agents of HJT and officers or employees of the United States concerning or relevant to the Proposed Final Judgment filed in this matter.

Excluding, in accordance with Section 2(g), communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone," HJT's officers, directors, employees, or agents did not have any communications with officers or employees of the United States about a potential consensual resolution of this action.

HJT certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g) and that, to the best of its knowledge and belief, this filing is a true and complete description of such communications known to HJT.

Respectfully submitted,

*/s/ D. Michael Crites*
D. Michael Crites (0021333)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215
T: 614-628-6880
F: 614-628-6890
Email: michael.crites@dinsmore.com

William H. Stallings (D.C. Bar # 444924)
Kelly Kramer (D.C. Bar #462049)
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
T: 202-263-3807
F: 202-830-0328
Email: wstallings@mayerbrown.com
kkramer@mayerbrown.com

*Attorneys for Defendant Hanjin Transportation Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed on 11/26/2018 with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ D. Michael Crites*
D. Michael Crites (0021333)