# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GS CALTEX CORPORATION, HANJIN TRANSPORTATION CO., LTD., and SK ENERGY CO., LTD. <br><br> Defendants. | Case No. 2:18-cv-01456-ALM-CMV <br><br> Judge Algenon L. Marbley <br><br> Magistrate Judge Chelsey M. Vascura |

## NOTICE OF APPEARANCE

Please take notice that Alexia M. Romero of Covington & Burling LLP hereby enters her appearance as Attorney for Defendant SK Energy Co., Ltd. in the above-captioned matter. The undersigned request that all service in connection with this action be made upon Alexia Romero, Covington & Burling LLP, One Front Street, San Francisco, CA 94111-5356.

| | |
|---|---|
| Dated: November 28, 2018 | Respectfully submitted, <br><br> COVINGTON & BURLING LLP <br><br> */s/ Alexia M. Romero* <br> Alexia M. Romero (CA 293987) <br> One Front Street <br> San Francisco, CA 94111-5356 <br> Telephone: (415) 591-6000 <br> Facsimile: (415) 591-6091 <br> Email: aromero@cov.com <br> *Counsel for Defendant SK Energy Co., Ltd.* |

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed on this 28th day of November, 2018 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: November 28, 2018 /s/ *Alexia M. Romero*
Alexia M. Romero (CA 293987)