# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GS CALTEX CORPORATION, HANJIN TRANSPORTATION CO., LTD., and SK ENERGY CO., LTD. <br><br> Defendants. | Case No. 2:18-cv-01456-ALM-CMV <br><br> Judge Algenon L. Marbley <br><br> Magistrate Judge Chelsey M. Vascura |

## SK ENERGY CO., LTD.'S REPORT OF COMPLIANCE WITH ANTITRUST PROCEDURES AND PENALTIES ACT REQUIREMENTS

Defendant SK Energy Co., Ltd., (SKE) respectfully makes this submission pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), which requires SKE to file a description of all written and oral communications between officers, directors, employees, or agents of SKE and officers or employees of the United States concerning or relevant to the Proposed Final Judgment filed in this matter, excluding communications made by counsel of record with the Attorney General or the employees of the Department of Justice.

In accordance with Section 2(g), SKE reports that, apart from communications made by counsel of record with employees of the Department of Justice, SKE's officers, directors, employees, or agents did not have any communications with officers or employees of the United States concerning or relevant to the proposed resolution and final judgement in this matter.

SKE certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g) and that, to the best of its knowledge and belief, there are no relevant communications to describe.

Dated: December 3, 2018

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Alexia M. Romero*
Alexia M. Romero (CA 293987)
Phillip H. Warren (CA 89744)
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: aromero@cov.com
Email: pwarren@cov.com

Daniel N. Shallman (CA 180782)
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: dshallman@cov.com

*Counsel for Defendant SK Energy Co., Ltd.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed on this 3rd day of December, 2018 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: December 3, 2018                    */s/ Alexia M. Romero*
                                                        Alexia M. Romero (CA 293987)