# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| ) | CASE NO. 2:18-cv-1456 |
| ) | |
| ) | |
| vs. ) | Judge Algenon L. Marbley |
| ) | Magistrate Judge Chelsey M. Vascura |
| GS CALTEX CORPORATION, ) | |
| HANJIN TRANSPORTATION CO., LTD., ) | |
| and SK ENERGY CO., LTD. ) | |
| ) | |
| *Defendants.* | |

## NOTICE OF APPEARANCE OF JAMES A. WILSON

NOW COMES, James A. Wilson and enters his appearance on behalf of for Defendant GS Caltrex Corporation in the above captioned matter.

Dated: December 6, 2018    Respectfully submitted,

                                          s/ James A. Wilson
James A. Wilson (#0030704), Trial Attorney
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216
(614) 464-5606
jawilson@vorys.com

Counsel for Defendant GS Caltrex Corporation

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on December 6, 2018.  Notice of this filing will be sent to counsel by operation of the Court's electronic filing system.  Parties may also access this filing through the Court's system.

                                                            s/ James A. Wilson
                                         Counsel for Defendant GS Caltrex Corporation