# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. 2:18-cv-1456 |
| ) | Judge Algenon L. Marbley |
| GS CALTEX CORPORATION, ) | Magistrate Judge Chelsey M. Vascura |
| HANJIN TRANSPORTATION CO., LTD., ) | |
| and SK ENERGY CO., LTD. ) | |
| ) | |
| *Defendants*. ) | |

## CERTIFICATION OF DEFENDANT GS CALTEX CORPORATION PURSUANT TO 15 U.S.C. § 16(g)

Pursuant to 15 U.S.C. § 16(g), defendant GS Caltex Corporation ("GS Caltex") states that no written or oral communications were made by or on behalf of GS Caltex to any officer or employee of the United States concerning or relevant to the Proposed Final Judgment, except for communications made by counsel of record alone.

GS Caltex certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g), and that this submission is a true and complete description of communications known to GS Caltex that are required to be reported pursuant to that provision.

Dated: December 7, 2018               Respectfully submitted,

                                                 s/ James A. Wilson
                                       James A. Wilson (#0030704), Trial Attorney
                                       Vorys, Sater, Seymour & Pease LLP
                                       52 East Gay Street
                                       P.O. Box 1008
                                       Columbus, Ohio 43216
                                       (614) 464-5606
                                       jawilson@vorys.com

Scott D. Hammond (*pro hac vice* pending)
GIBSON DUNN & CRUTCHER, LLP
1050 Connecticut Avenue NW
Washington, DC 20036
shammond@gibsondunn.com
Tel.: (202) 955-3584

Daniel G. Swanson (*pro hac vice* pending)
dswanson@gibsondunn.com
Melissa Phan (*pro hac vice* pending)
mphan@gibsondunn.com
GIBSON DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.: (213) 229-7000

*Counsel for Defendant GS Caltex Corporation*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on December 7, 2018. Notice of this filing will be sent to Plaintiff's counsel by operation of the Court's electronic filing system. Parties may also access this filing through the Court's system.

                                                      s/ James A. Wilson
                                      *Counsel for Defendant GS Caltex Corporation*