# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cv-01456-ALM-CMV |
| Plaintiff, | Judge Algenon L. Marbley |
| vs. | Magistrate Judge Chelsey M. Vascura |
| GS CALTEX CORPORATION, HANJIN TRANSPORTATION CO., LTD., and SK ENERGY CO., LTD. | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please take notice that Michael J. Ferrara of Dinsmore & Shohl LLP hereby enters his appearance as co-counsel for Defendant Hanjin Transportation Co., Ltd. in the above-captioned matter. The undersigned request that all service in connection with this action be made upon Michael J. Ferrara, Dinsmore & Shohl LLP, 191 West Nationwide Boulevard, Suite 300, Columbus, Ohio 43215.

Dated: December 10, 2018          Respectfully submitted,

DINSMORE & SHOHL LLP
*/s/ Michael J. Ferrara*
Michael J. Ferrara (0097584)
D. Michael Crites (0021333)
191 W. Nationwide Blvd., Suite 300
Columbus, OH 43215
Telephone: (614) 628-6880
Facsimile: (614) 628-6890
Email: Michael.ferarra@dinsmore.com
         michael.crites@dinsmore.com
*Counsel for Defendant Hanjin Transportation Co., Ltd.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and accurate copy of the foregoing was electronically filed on December 10, 2018 with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

              */s/ Michael J. Ferrara*
              Michael J. Ferrara (0097584)