# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GS CALTEX CORPORATION, HANJIN TRANSPORTATION CO., LTD., and SK ENERGY CO., LTD.<br><br>Defendants. | Case No. 2:18-cv-01456-ALM-CMV<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Chelsey M. Vascura |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF TRIAL ATTORNEY FOR DEFENDANT SK ENERGY CO., LTD.

Pursuant to Local Rule 83.4(c)(3), Alexia M. Romero (CA Bar #293987) hereby withdraws as Trial Attorney of record in this case for Defendant SK Energy Co., Ltd ("SK Energy"). Ms. Romero should be terminated as counsel or co-counsel for Defendant SK Energy. James M. Garland (S.D. Ohio Bar #72902) is hereby substituted as Trial Attorney for Defendant SK Energy. This withdrawal and substitution is made with the knowledge and consent of the client.

Dated: March 5, 2019

Respectfully submitted,

COVINGTON & BURLING LLP

*/s/ Alexia M. Romero*
Alexia M. Romero (CA Bar #293987)
*Withdrawing Counsel for Defendant SK Energy Co., Ltd.*


*/s/ James M. Garland*
(S.D. Ohio Bar #72902)
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
Telephone: 202-662-5337
Email: jgarland@cov.com
*Trial Attorney for Defendant SK Energy Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed on this 5th day of March, 2019 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 5, 2019

*/s/ James M. Garland*
James M. Garland (S.D. Ohio Bar #72902)